IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.                                                      ) | CRIMINAL NO.  05-30086-16-GPM |
| ) | |
| LUCIANO TORRES,                             ) | |
| ) | |
| Defendant.      ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

**MURPHY, Chief District Judge:**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of Defendant Luciano Torres to Count 1 of the Indictment is hereby accepted, and Defendant is adjudged guilty of such offense.

A Presentence Investigation Report is ordered.  The Court will defer a decision on the Plea Agreement pending review of the Presentence Investigation Report.

Sentencing is hereby scheduled for Monday, July 17, 2006, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED:  4/13/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge